IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SIELE BALIACH, :
    Petitioner :
:
vs.                         CIVIL NO. 1:CV-10-1455
:
HILLARY CLINTON, U. S. Secretary :
of State, et al.,
    Respondents :

*O R D E R*

AND NOW, this 1st day of December, 2010, upon consideration of the report and recommendation of the magistrate judge (doc. 19), filed October 29, 2010, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed as moot.

    3. The Clerk of Court shall close this file.

                                  /s/William W. Caldwell
                                  William W. Caldwell
                                  United States District Judge